IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WHITECAP MOUNTAIN
RECREATION, INC., PENOKEE
SKIING COMPANY, LLC, AND
PENOKEE HOLDING COMPANY, LLC,   Case No. 20-cv424-jdp

    Plaintiffs,

  v.

AXIS SURPLUS INSURANCE
COMPANY,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Axis Surplus Insurance Company against plaintiffs Whitecap Mountain Recreation, Inc., Penokee Skiing Company, LLC, and Penokee Holding Company, LLC. dismissing this case.

| s/ J. Smith, Deputy Clerk | 8/04/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |